**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


SHIRLEY A. PENNY                                                                    PLAINTIFF

V.                                              NO. 5:05CV00327 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                      DEFENDANT


## <u>JUDGMENT</u>

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED,

ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision

of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant

to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 23rd day of March, 2007.


_____
UNITED STATES MAGISTRATE JUDGE


---

[1]Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.
He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).